**United States District Court**
**Southern District of Florida**

# U.S. MAGISTRATE JUDGE SHANIEK MAYNARD
Minute Order- Fort Pierce Division

*No Interpreter Req'd*

**DEFT:** JAMES ANTHONY SAVAGE (Summons)   **CASE NO:** 20-14003-T/P-MOORE

**AUSA:** Michael Porter *present*   **ATTORNEY:** Jack Fleischman (Retained) *present*

**AGENT:** USPO Amanda Maghan *present*   **VIOL:** Conditions of Supervised Release

**PROCEEDING:** Initial re: Violation conditions of Supervised Release   **BOND REC:** PSB   **SET:**

---

- ☐ Surrender and/or do not obtain passports/travel documents
- ☐ Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment.
- ☐ Maintain or seek full-time employment/education.
- ☐ No contact with victims/witnesses.
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments.
- ☐ Home confinement/Electronic Monitoring and/or Curfew: _____ pm to _____ am, paid by: _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

*Defendant present and advised of Violation Petition entered by Chief Judge Moore 6/24/2020*

*Court explains rights to appear in person for all criminal proceedings - however due to COVID-19 pandemic, Deft may waive such right...Court finds Deft knowingly and voluntarily waives his right to appear in person and hereby consents to appearance by use of video teleconferencing for the following criminal proceedings re: Initial Appearance and Bond Hearings under the Federal Rules of Criminal Procedure*

*Note: Defendant appeared via Zoom from USM cell block with counsel for Government and Retained counsel for Defendant as well as USPO Amanda Maghan all appearing by video and audio using Zoom access*

*Government recommending release $50,000 Personal Surety Bond with 10% ($5,000 cash) deposit with Clerk along with standard bond conditions*

*Defense objects to $5,000 cash deposit- client not a flight risk, no prior FTAs*

*Court sets $50,000 PSB with 10% Cash - $5,000 deposited with Clerk of Court before close of business today and w/special condition: Conditions of bond are same as conditions of Supervised Release*

**DISPOSITION:** I/A;Bondset;FinalEvidHrng-VSRset

**NEXT COURT APPEARANCE:**   **DATE:**   **TIME:**   **JUDGE:**   **PLACE:**

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM HRG/ARR SET: _____

FINAL EVID HRNG-VSR SET:   8/10/2020   1:00 p.m.   Duty Magistrate(SMM)   Fort Pierce

DATE: 7/08/20   START TIME: 10:30 A.M.   Time in Court: 30 Minutes   (DAR: 10.51.38 to 11.21.22   FTP-VDJ/4008)