**United States District Court**
**Southern District of Florida**

# U.S. MAGISTRATE JUDGE SHANIEK MAYNARD

Minute Order- Fort Pierce Division

*\*No Interpreter Req'd*

**DEFT:** JAMES ANTHONY SAVAGE (Bond- Zoom w/Defense counsel)   **CASE NO:** 20-14003-T/P-MOORE

**AUSA:** Michael Porter *present*   **ATTORNEY:** Jack Fleischman (Retained) *present*

**AGENT:** USPO Amanda Maghan *present*   **VIOL:** Conditions of Supervised Release

**PROCEEDING:** Admissions Hrng re: Violation conds of Supervised Release   **BOND SET:** $50,000 10%Cash Bond

---

- ☐ **Surrender and/or do not obtain passports/travel documents**
- ☐ **Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person**
- ☐ **Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.**
- ☐ **Refrain from excessive use of alcohol**
- ☐ **Participate in mental health assessment & treatment.**
- ☐ **Maintain or seek full-time employment/education.**
- ☐ **No contact with victims/witnesses.**
- ☐ **No firearms**
- ☐ **Not to encumber property**
- ☐ **May not visit transportation establishments.**
- ☐ **Home confinement/Electronic Monitoring and/or Curfew: _____ pm to _____ am, paid by: _____**
- ☐ **Allowances: Medical needs, court appearances, attorney visits, religious, employment**
- ☐ **Travel extended to:_____**
- ☐ **Other:**

*Defendant present by Zoom platform (video and audio) with retained counsel Jack Fleischman, Esq.*

*Court explains rights to appear in person for all criminal proceedings - however due to COVID-19 pandemic, Deft may waive such right...Court finds Deft knowingly and voluntarily waives his right to appear in person and hereby consents to appearance by use of video teleconferencing for the following criminal proceeding : Admissions Hearing on Violation conditions of Supervised Release under the Federal Rules of Criminal Procedure*

*Note: Counsel for Government, Defense counsel and USPO Amanda Maghan appeared by video and audio using Zoom access*

*Admissions to Violations Hearing held:*

*Defendant sworn and testimony taken re: Admissions to violations*

*Defendant admits to violation conditions #1, 2, 4,6,8,10,11,12 and 13 as indicated in petition signed by Chief Judge Moore 6/23/2020*

*Government proffers essential elements and factual basis as to violations (No objections to factual basis raised by Defense)*

*Based upon Defendant's Admissions, Court finds Defendant has violated conditions #1, 2, 4,6,8,10,11,12 and 13 and will enter Report and Recommendation*

*Defendant shall remain on bond pending Final Sentencing hearing before Chief Judge Moore*

**DISPOSITION:** Plea-VSR
**NEXT COURT APPEARANCE:**   **DATE:**   **TIME:**   **JUDGE:**   **PLACE:**

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

PRELIM HRG/ARR SET:

STATUS CONFERENCE SET:

DATE: 8/14/20  START TIME: 10:00 A.M.  Time in Court: 25  Minutes  Zoom w/backup (DAR: 10.01.18 to 10.36.11 FTP-VDJ/4008)