## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-14003-TP-MOORE/MAYNARD

**UNITED STATES OF AMERICA**

v.

**JAMES ANTHONY SAVAGE,**

           **Defendant.**

_____/

### PROPOSED AGREEMENT REGARDING PENDING SUPERVISED RELEASE VIOLATIONS

The United States of America, by and through the undersigned Assistant United States Attorney, and James Anthony Savage, by and through his attorney, Jack Fleischman, hereby file this Proposed Agreement with the Court.

On July 24, 2002, Savage was sentenced in the Middle District of North Carolina to 250 months' imprisonment, to be followed by 3 years of supervised release, after being convicted of, among other things, conspiracy to commit mail and wire fraud and several related counts. Savage was released from federal custody in July 2019, and began serving his term of supervised release in the Southern District of Florida.

On June 24, 2020, the United States Probation Office ("USPO") filed a petition alleging that Savage violated his supervised release. (Doc. No. 2.) On

1

August 14, 2020, Savage admitted to Violation Numbers 1, 2, 4, 6, 8, 10, 11, 12, and 13. (Doc. No. 14.)

On October 5, 2020, the USPO filed a superseding petition alleging three additional violations based on pending state charges against Savage. (Doc. No. 19.)

A final evidentiary hearing on the superseding petition is currently scheduled for November 19, 2020.

The parties have conferred regarding the pending supervised release violations and enter into the following agreement:

1. The United States Attorney's Office and the defendant agree that, although not binding on the Probation Office or the Court, they will jointly recommend that the Court impose a sentence of one year and a day as to Violation Numbers 1, 2, 4, 6, 8, 10, 11, 12, and 13.

2. The United States Attorney's Office will move to dismiss the remaining violations, including the violations contained in the superseding petition, against the defendant at sentencing.

3. The parties will present argument to the Court at sentencing regarding the appropriate amount of supervised release, if any, to be imposed by the Court upon revocation.

4. The United States Attorney's Office and the defendant agree that, although not binding on the probation office or the Court, they will jointly

recommend that the defendant be allowed 30 days to self-report for service of any sentence imposed by the Court.

Date: 10/28/2020

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
MICHAEL D. PORTER
AUSA

Date: 10-26-2020

By: _____
JAMES SAVAGE
DEFENDANT

Date: 10-26-20

By: _____
JACK FLEISCHMAN
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by either regular U.S. mail or inter-office delivery.

/s/Michael D. Porter
Michael D. Porter
Assistant United States Attorney