Monday
4-19-21

Dear Judge Moore,

I pray this letter finds you in good health And spirits Sir.

My Attorney Jack Fleischman filed A compassionate release on my behalf with Warden Carlton here At FDC Miami on 1-26-21. I was told finally After being given A legal call by Counselor Campos our New Counselor As of A week ago here on B-East unit to Jack Fleischman my Attorney that I did Not respond to A Response from Warden Carlton denying my request for A Compassionate Release. This legal call with my Attorney was at 8:00A, on 4-14-21. He tried for over two weeks to schedule A legal call here And my unit team Failed to give me a call in that two week Span, until 4-14-21. I Never recieved this denial letter At All from the Warden. I came back to the Unit And went to the computer room And immediately sent Warden Carlton And my Unit Manager D. Richardson emails Asking where this letter was. Your Honor, upon Arriving here At FDC Miami on 1-4-21, I was thrown Directly in SHU, Not the Quarantine Unit Where everyone else goes, And Are Able to call And email family And get out of their cells At least two hours Aday

No I was put in with another, the reason was I had a sleep apnea machine and there was no rooms left with power plugs in the unit they use to quarintine jailmates upon arrival. Your Honor, They ran an extension cord under my cell door From an outlet in the hallway.

2

They could have done this in the regular Quaranine time Unit "Echo unit". They did Not bring me water For my Sleep APNea machine from 1-4-21, Until 11:32 AM on 1-6-21 After I truly had to reach out by pushing the emergency button in the still. They took me off All my PAIN medications For my Penis And bACK, And took me cold Turkey off my Testostrone replacement therapy medication For my current diagnosis of: Hypogonadotropic Hypogonadism. I Now have Severly SAgging Breasts. Which you could visally see I did Not have upon Arriving here. My urologist PAul Perito locatedhere in Corl GAbles Sent A letter For them to cAll if Need be, And Also Sent my medical records to Dr. charles Howard the cliniAl Director which still claims he Never recieved them. I'm supposed to stretch the Scar tissue in my Penis multiple times A day. There Are Several men living Alone Not only in my unit, but on every Floor. Yet my Unit manager D. Richardson told Camseler GIbson here At FDC MiAmi that if I did Not Accept inmate Oscar Marcanet, As A roomate on 3-15-21

That I would just SHU. I on them
my unit MANAger clearly knows the physical
And Psycological issues I'm dealing with
over my issues with my Genitals. Too
put me in A Situation that I have
to discuss this with Another male
iNMate is Against Hippa Laws

3

but MR. D. Richardson has done this
with no problem. He lied to me and
told me prior to this that He'd keep
me by myself as long as there was
an open room. That was Not the case!
They Not only put me with A Hispanic
roommate whose english is Not good, but
one who was in SHU prior to
Coming here to my unit for smoking
K-2, And having drug paraphanelia.
He is still smoking this synthetic
Drug As many Are here in F.D.C. Miami,
And I've notified the SIS Staff,
my unit manager MR. D. Richardson,
my old counselor Mr. Gibson, And the
New Counselor MS. Campos, And the unit
officer MR. Rosario today to pluse get
this Junkie out of my Cell As he has
No respect For my safety or health.
I've Nearly Come to physical Blows With
MR. Mazaret my Cuban Cell mate nearly
5 times over him smoking K-2 in the
Cell by himself with me in Cell And
Now today At 3:11pm I Caught him
smoking this with Another man. Your
honor I have to have A clean
environment with my running High risks
For infectious And my roommate

daily uses the toilet and leaves
feces in toilet everyday. If I
had a camera I could show you.
I asked psycology to help me. They
do nothing. You know my psycologist
Greg Landrum who is highly respected
told you I suffer from severe PTSD.

4

Your Honor the staff here does Not
Care! I'm Not A Racist, But my
Black Unit manager Allows A black
inmate thats on Quarintine Status
IN our unit B-EAST to Be out
All day & Night but keeps me locked
in my cell if it's Not my time to
be out. It's All To easy to See ON
Camera here if one watches

    I was denied going to West Palm Beach
Halfway House oN 3-25-21. I Asked
the reason why to the CMC Ms. Jacks
here. She said it was very odd, but
it said "For other Reasons!" That's
Not AN Appropriate ANSWER. I was
there from 11-20-18 until 7-19-19
And Never did I violate. I did
report A corrupt Black female Staff
member who was trying to get me
to buy her Apple Air Pods And
AN i-Phone 10 max plus phone And
give her money to the RRm Darlene
Tyler and to the Director of the
Halfway House. She ended up leaving
there, but Never did they investigate
how she was trying to extort me. I offered
to wear A wire, but they did Nothing.

I then found out this past Friday that
I was denied for DANIA Halfway House
in Broward with No good Reason, but the
craziest thing of All was my Family &
Rabbi DouThaler from The Aleph Institute
Spoke to the RRM's office this past
Thursday And they were told they were
going to have A meeting with

5

Halfway House Director in Broward to see about taking me. I'm 100% eligible but it seems I'm being Black Balled, And Never did I violate my Halfway house! I complied, worked, Never drunk, Nor did I ever have a drug issue in my 17.5 years in prison Nor Halfway house. I Just Recieved A current copy of my medical Records last Friday and it States I'm a 51 year old Hispanic male with a severe Drug use history. Your Honor Many years ago prior to coming to prison I tried Recreational Drugs but Never AGAIN! My entire time on Supervised release I paid my Restitution and Never FAiled a drug test. I'm sitting here in a prison cell Reaching out to you humbly to please consider me to do the Rest of my violation of probation Sentence which ends on 7-2-21 At home in LANTANA Florida So I CAN have the access to the medication And Docters to fix the pain And Suffering I'm truly going through! Your Honor, if you come here with A trained urologist And take me in a private Room ya'll See

my penis is pressing through to the
point it will soon penatrate my
skin & my penis is getting ~~smaller~~
smaller like a prune from not being
able to exercise the scar tissue
damage daily as I'm supposed
to do. Due to lack of privacy

6

And the Fact they won't provide
me with the proper medical Device
I Need. I'm so sorry For violating
my terms of supervised release, but
I'm quite sure in your years on the
Bench as the cheif Judge of the
Southern District of Florida you've
seen men and women who've
never paid their restitutions And
who had multiple Dirty urines And
were convicted of much worse crimes.
I'm wrong 100%, Bof Any rule
or law I've ever broken! But I
was truly trying to do what's right
when I went home After 17.5 years.
I'm so sorry your Honor For
Any trouble I've cause you, my
Family or Anyone, but I'm
A human being, And I'm Not
getting the medical Attention I Need here,
Nor the privacy or clean environmint.
I caught Serracia Bacteria in 2003-2004
At FCI Gilmer in West Virgina.
This is what Ate through my Genitals
And has caused me to have All
these issues mentally & physically because
FBOP staff would Not Address
my infection in A timely manner

And get me to proper doctors in time.
I've only been given NAproxen 500mg
3 times since Arriving here for pain.
The Asprin And Ibuprofen I've bought
has been on Commissary. I've Never been
A pill popper or drug Addict. Yet I
was on Oxycondone upon Arrival
here For Genital Pain, And

2

Back Spasm Medications All
of which were taken from me.
Please your honor I'll take A polygraph
test, and pay for it to prove what
Im telling you is true. The medical
Dept Heads here especially Doctor
charles Howard is Not A good
man and should Not be in
the position He's in to be over
the care of 1000 plus men
& women. I was told by him "Doctor Howard"
that He'd order A Brace for my Abdominal
Hernia over 6 weeks Ago. He Never
ordered Anything's They ordered blood
work for me on 3-2-21 but this
is Not in my medical Records I
recieved by inhouse mail last Friday
which was to test for my Testosterone.
levels.
I was told on 3-30-21 that my
halfway house had been denied As
I told you earlier, for No good reason,
And on the same Day I was
told I was going to Home
Detention on 6-17-21
As of this past Friday I found
out that date has disappered
in the FBOP computer? Today

was put on the computer Bulliten Board that under the cares Act As of last thursday 4-15-21 I'm eligible to go straight to home Detention. Your Honor please help me Get Home to take care of my Health physically & mentally As Noone here seems to care.

8

I'm Not A good writer, but I Assure you I WAS Not IN possession of My Compassionate Release denial letter from WARDEN CARLTON until 4-15-21 At 11:38 Am when MR. D. Richardson My unit MANAger brought my copy to my cell door And was very upset that I went to the WARDEN's Assistant MS. Turner earlier when I SAW her And Asked her to please Find out what happened to my copy of this letter. This letter was dated & signed ON 3-8-21 by WARDEN CARlTON. I did Not get My copy until 4-15-21 At 11:38Am AS I stated to you!

AgAIN, I'll PAY to take A polygraph I'm Not lying to you! The STAFF here iN B-EAST unit especially my unit manager MR D. Richardson is very unprofessional, And intimidating! If you go over his Head for him Not doing his job he punishes you. Just AS he's Forcing me to either go to SHU or live with A Known Drug Addict Junkie iN AN unsafe eNvironment

Your honor please have mercy on me And Allow me to go to

... have Confidence. I will & you I
won't do Anything except Follow the
law And rules of my probation And
Never come BACK before your court
Again!

God Bless you Always

Respectfully
James SAVAGE