UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**20-14003-TP-MOORE/MAYNARD**

UNITED STATES OF AMERICA,
vs.
JAMES SAVAGE,
    Defendant.
_____/

**DEFENDANT'S MOTION FOR COURT APPROVAL TO ENAGAGE IN EMPLOYMENT WHICH MAY BE RESTRICTED PURSUANT TO THE JUDGMENT OF REVOCATION**

   COMES NOW, the defendant, James Savage, by and through the undersigned attorney, and files this motion seeking the court's permission to be employed by a company that is part of the defendant's employment restrictions. In support of this motion states as follows:

1. The defendant's judgment contains restrictions and or the requirement that he obtain permission from the court for certain types of employment.  (DE 38)
2. The defendant has interviewed with the company, disclosed his past and current criminal history, and obtained a letter from the company regarding their willingness to limit what he does if employed there, and to properly supervise him. A copy of a letter from the company is attached.
3. The defendant has no other leads right now for employment opportunities, and is seeking permission from the court to work at this company.

   WHEREFORE, the defendant James Savage, respectfully requests that this Honorable Court grant the instant motion, and enter an Order allowing him to work at American Stimulus Funding Corporation.

                                                  /s/ Jack A. Fleischman
                                                    FLEISCHMAN & FLEISCHMAN, P.A.
                                                    Jack A. Fleischman
                                                    2161 Palm Beach Lakes Blvd., Ste. 403
                                                    West Palm Beach, FL 33409
                                                    Phone  561-585-3666
                                                    Fax    561-471-8343
                                                    Fla. Bar No.: 0714534
                                                    Email (CM/ECF): fflaws@gmail.com
                                                    Email (personal):  jf@ffjustice.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of Court using CM/ECF and served this <u>19th day of July, 2021</u>, on all counsel of record and the U.S. Attorney's Office, Ft. Pierce, Florida, and United States Probation.

/s/<u>Jack A. Fleischman</u>
Jack A. Fleischman

cc: Client

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-TP-14003-MOORE

UNITED STATES OF AMERICA,

vs.

JAMES ANTHONY SAVAGE,

    Defendant.
_____/

### JUDGMENT FOR REVOCATION

THIS CAUSE came before the Court for a hearing on November 19, 2020, on seventeen (17) violations of supervised release.

The Court has carefully considered the statements of all parties and the information contained in the violation report. The Court finds that the defendant has violated the terms and conditions of supervised release and hereby REVOKES the period of supervised release. It is

ORDERED AND ADJUDGED that the defendant is committed to the custody of the United States Bureau of Prisons for a term of six (6) months. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of six (6) months.

The defendant shall surrender to the U.S. Marshal for this district or the designated institution by 12:00 noon on or before 1/4/2021.

While on supervised release, the defendant shall not commit any Federal, State, or local crime; shall be prohibited from possessing a firearm or other dangerous device; and shall not possess a controlled substance. In addition, the defendant shall comply with the standard conditions of supervised release that have been adopted by this Court and the following special conditions:

**Self-Employment Restriction**: The defendant shall obtain prior written approval from the Court before entering in to any self-employment.

**Employment Restriction:** The defendant shall not be engaged in any business that offers securities, investments, or business opportunities to the public. The defendant is further prohibited from engaging in telemarketing, direct mail, or national advertising campaigns for business purposes, without the written permission of the Court.

**Related Concern Restriction:** The defendant shall not own, operate, act as a consultant, be employed in, or participate in any manner, in any related concerns during the period of supervision.

**No New Debt Restriction:** The defendant shall not apply for, solicit or incur any further debt, including but not limited to loans, lines of credit or credit card charges, either as a principal or co-signer, as an individual or through any corporate entity, without first obtaining written permission from the Court.

**Financial Disclosure Requirement:** The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer.

**Search Condition:** The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Office.

**Permissible Computer Examination:** The defendant shall submit to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer(s) equipment which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use.

**Data Encryption Restriction:** The defendant shall not possess or use any data encryption technique or program.

**Re-imposing Restitution:** The defendant shall pay restitution in the amount of $5,065,787.06. During the period of incarceration, payment shall be made as follows: (1) if the defendant earns wages in a Federal Prison Industries (UNICOR) job, then the defendant must pay 50% of wages earned toward the financial obligations imposed by this Judgment in a Criminal Case; (2) if the defendant does not work in a UNICOR job, then the defendant must pay a minimum of $25.00 per quarter toward the financial obligations imposed in this order. Upon release of incarceration, the defendant shall pay restitution at the rate of 10% of monthly gross earnings, until such time as the court may alter that payment schedule in the interests of justice. The U.S. Bureau of Prisons, U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay. These payments do not preclude the government from using other assets or income of the defendant to satisfy the restitution obligations. The restitution shall be made payable to the Clerk, United States Court, and forwarded to: Clerk of Court, United States District Court, Middle District of North Carolina, P.O. Box 2708, Greensboro, North Carolina 27402.

DONE AND ORDERED in Chambers, at Miami, Florida, this 19th day of November, 2020.

*K. M. Moore*

**K. MICHAEL MOORE**
**CHIEF UNITED STATES DISTRICT JUDGE**



July 12, 2021

Jack Fleischman Esq.
2161 Palm Beach Lakes Blvd., Suite 403
West Palm Beach, FL 33409

Re:   James Savage

To Whom It May Concern;

This letter should serve as an *"indication of interest"* to hire James Savage as a full-time sales assistant at our offices located in Pompano Beach, Florida. The position will require Mr. Savage to assist with various aspects of assisting an account executive within the firm. The job function will include computer work, calls to and from clients, filing and other sales related functions. At no time will Mr. Savage have access to or will be in control of valuable assets of the firm or its clients. Further, the firm has been made aware of the fact the Mr. Savage is a convicted felon and was recently released from Federal prison for white collar crimes that include wire fraud, money laundering and other serious violations.

Upon several interviews and some background evaluation we have concluded that we have the capability to properly supervise Mr. Savage and ensure compliance to our internal rules and regulations as it pertains to maintaining control over sensitive information and for the protection of the firm's assets and those of our clients. If you or any of Mr. Savages handlers within the DOC wish to speak with me directly, feel free to contact me at the number below.

Sincerely,

Lawrence Principato
President
954-642-2982